FRANCES METHOD STRONG, APPELLANT, v. MORRIS
SWEDBERG AND GAROLD METHOD, JR., APPELLEES.
342 N.W.2d 202

Filed January 13, 1984. No. 82-831.

Don J. Sixta of Krafka & Sixta, P.C., for appellant.

Leo J. Eskey, for appellee Method.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS,
CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

Reviewing this matter de novo on the record as an appeal in equity, we find no error in the judgment of the district court. The judgment of the district court is affirmed.

AFFIRMED.